DAVID DAVIDSON, Doing Business under the Name of DAVIDSON ELECTRIC CO., Respondent, v. WASHLANDS, INC., et al., Appellants, et al., Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

DAVID DAVIDSON, Doing Business under the Name of DAVIDSON ELECTRIC CO., Respondent, v. GOTHAM TOWEL SUPPLY CO., INC., et al., Appellants, et al., Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

CITY OF NEW YORK, Appellant, v. THIRD AVENUE RAILWAY COMPANY et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See post, p. 849.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELLCAM REALTY CORPORATION, Appellant, against WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York, Respondents. (333 East 53rd St., New York City, Section 5, Block 1346, Lot 14.) — Giving due weight to all the elements of value we are of the opinion that the final order should be modified by further reducing the assessments on the building as follows:

| Year | Land | Building | Total |
|------|------|----------|-------|
| 1940–41 | $130,000 | $700,000 | $830,000 |
| 1941–42 | 130,000 | 690,000 | 820,000 |
| 1942–43 | 125,000 | 680,000 | 805,000 |

As so modified the order, so far as appealed from, is affirmed, with twenty dollars costs and disbursements to the relator-appellant. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Glennon, J., dissents and votes to affirm. Settle order on notice.

MOORE WINDSOR CORPORATION, Appellant-Respondent, v. CRAIG MACHINE COMPANY, INC., Respondent-Appellant.— Order unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

WILLIAM D'AGOSTINO, Respondent, et al., Plaintiffs, v. SAMUEL GREENBERG, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH RUSSO, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

WILLIAM E. LOWELL, Respondent, v. ARTHUR A. JOHNSON CORPORATION et al., Appellants.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

PANTILIMON KATRUCK, Respondent, v. CIRCLE CLEANERS & DYERS, INC., et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See post, p. 773.]

In the Matter of RUDOLPH COOPER, a Delinquent Child under the Age of Sixteen Years, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.